IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 3:22-CR-067-TAV-DCP |
| CLIFFORD JAMES METEER, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Clifford Meteer's Unopposed Motion to Continue Motion Deadline, Plea Deadline and Trial Date [Doc. 11], filed on August 19, 2022. Defendant asks the Court to continue the October 4, 2022 trial date and other pretrial deadlines, because counsel needs additional time to review discovery, determine whether any pretrial motions are necessary, and review prospective sentencing guidelines with Defendant. The motion relates that the Government does not oppose the requested continuance. The parties have conferred with Chambers and agreed on a new trial date of January 31, 2023.

The Court finds Defendant Meteer's motion to continue the trial and related deadlines is unopposed by the Government and well-taken. The Court also finds that the ends of justice served by granting a continuance outweigh the interest of the Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Defense counsel represents that he needs additional time to review discovery—which is voluminous and contains numerous items of multimedia—with Defendant Meteer and determine whether any pretrial motions need to be filed. Defense counsel also notes that he needs additional time for research and investigation related to the pretrial motions. Finally, defense

counsel states he needs additional time to review prospective sentencing guidelines with Defendant and the potential impact any conviction could have. Counsel relates that he does not believe he can adequately prepare or effectively represent Defendant Meteer within the current pretrial schedule and trial dates. Thus, the Court concludes that without a continuance, defense counsel would not have the reasonable time necessary to prepare for trial, even proceeding with due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Defendant Meteer's Unopposed Motion to Continue Motion Deadline, Plea Deadline and Trial Date [**Doc. 11**] is **GRANTED**. The trial of this case is reset to **January 31, 2023**. The Court finds that all the time between the filing of the motion on August 19, 2022, and the new trial date of January 31, 2023, is fully excludable time under the Speedy Trial Act for the reasons set forth herein. *See* 18 U.S.C. § 3161(h)(1)(D) & -(7)(A)-(B). The Court also sets a new schedule in this case, which is stated in detail below.

Accordingly, it is **ORDERED** as follows:

(1) Defendant Clifford Meteer's Unopposed Motion to Continue Motion Deadline, Plea Deadline and Trial Date [**Doc. 11**] is **GRANTED**;

(2) The trial of this matter is reset to commence on **January 31, 2023**, **at 9:00 a.m.**, before the Honorable Thomas A. Varlan, United States District Judge;

(3) All time between the filing of the motion on **August 19, 2022**, and the new trial date of **January 31, 2023**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) The deadline for filing pretrial motions is **October 7, 2022**. Responses to motions are due on or before **October 21, 2022**;

(5) The new deadline for filing a plea agreement in the record and providing reciprocal discovery is **December 30, 2022**;

(6) The deadline for filing motions *in limine* is **January 16, 2023**;

(7) The parties are to appear before the undersigned for a final pretrial conference on **January 17, 2023, at 10:00 a.m.**; and

(8) Requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4. shall be filed on or before **January 20, 2023**.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge